**Michael Davis WILLIAMS**

v.

**STATE**

**CR-13-1528**

Court of Criminal Appeals of Alabama.

01/09/2015

Reh. denied

**Martin L. DODGE**

v.

**STATE**

**CR-13-1535**

Court of Criminal Appeals of Alabama.

02/27/2015

Affirmed

**Wendell HIGHTOWER**

v.

**STATE**

**CR-13-1539**

Court of Criminal Appeals of Alabama.

03/06/2015

Reh. denied; memo of 11/14/2014 withdrawn; memo substituted; dismissed

**Vernon Kendrick GEORGE**

v.

**STATE**

**CR-13-1542**

Court of Criminal Appeals of Alabama.

01/30/2015

Reh. denied 02/27/2015

Affirmed

**Richard Douglas REESE, Jr.**

v.

**STATE**

**CR-13-1543**

Court of Criminal Appeals of Alabama.

01/30/2015

Reh. denied 03/06/2015

Affirmed